UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHERINE O'SHEA, BRIAN POSNER AND TOM BACON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MAPLEBEAR INC. d/b/a INSTACART AND "DOES" 1 through 100, Inclusive,<br><br>Defendants. | Case No. 1:19-cv-06994<br>Honorable John J. Tharp Jr. |

**MOTION TO COMPEL ARBITRATION AND TO STAY**

Defendant Maplebear Inc. d/b/a Instacart ("Instacart") respectfully moves this Court for an Order pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(3), and/or 12(b)(6) and Sections 2, 3, and 4 of the Federal Arbitration Act, 9 U.S.C. §§ 2, 3, 4, compelling individual arbitration of the claims alleged by Plaintiffs in the Complaint, and staying this action pending the resolution of the resulting individual arbitrations. In support of its Motion, Instacart has contemporaneously filed its Memorandum of Points and Authorities in support thereof, the declarations of Caleb Grisell, Veronica Yu, and Erin Meyer, and exhibits attached thereto. This motion is further based on all pleadings and papers on file in this action, and upon such further oral and written argument and evidence as may be presented at or prior to the hearing of this matter.

Prior to bringing this Motion, counsel for Instacart asked Plaintiffs' counsel by phone, on December 10, 2019, whether they would agree to individually arbitrate their claims and obviate the need for this Motion. Counsel for Plaintiffs indicated that they intend to oppose this Motion and that they do not consent to the relief Instacart seeks herein.

//

          Respectfully submitted,

          MAPLEBEAR INC. d/b/a INSTACART

Dated: December 16, 2019

By:   */s/ Jennifer J. Froehlich*
      One of Its Attorneys

      Benjamin Berkowitz (*pro hac vice*)
      Ryan K. Wong (*pro hac vice*)
      Julia L. Allen (*pro hac vice*)
      Donna Zamora-Stevens (*pro hac vice*)
      Melissa L. Cornell (*pro hac vice*)
      KEKER, VAN NEST & PETERS LLP
      633 Battery Street
      San Francisco, CA 94111-1809
      Telephone: 415 391 5400
      Facsimile: 415 397 7188
      bberkowitz@keker.com
      rwong@keker.com
      jallen@keker.com
      dzamora-stevens@keker.com
      mcornell@keker.com

      Robert W. Vyverberg
      Jennifer J. Froehlich
      HOLLAND & KNIGHT LLP
      150 North Riverside Plaza
      Suite 2700
      Chicago, IL 60606
      Telephone: 312 263 3600
      Facsimile: 312 578 6666
      robert.vyverberg@hklaw.com
      jennifer.froehlich@hklaw.com

      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on **December 16, 2019**, the foregoing **Motion to Compel Arbitration and to Stay** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

*/s/ Jennifer J. Froehlich*