# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATHERINE O'SHEA, BRIAN POSNER AND TOM BACON, et al.<br><br>      Plaintiffs,<br><br> v.<br><br>MAPLEBEAR INC. d/b/a INSTACART AND "DOES" 1 through 100, Inclusive,<br><br>      Defendant. | Case No. 1:19-cv-06994<br>Honorable John J. Tharp Jr.<br><br>JURY DEMANDED |

## DEFENDANT INSTACART'S MOTION TO DISMISS

Defendant Maplebear Inc. d/b/a Instacart ("Instacart") respectfully moves this Court for an Order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing all claims alleged by Plaintiffs in the Complaint. In support of its Motion, Instacart has contemporaneously filed its Memorandum of Points and Authorities in support thereof, its Request for Judicial Notice, Declaration of Caleb Grisell, and exhibits attached thereto. This motion is further based on all pleadings and papers on file in this action, and upon such further oral and written argument and evidence as may be presented at or prior to the hearing of this matter.

Prior to bringing this Motion, counsel for Instacart asked Plaintiffs' counsel by phone, on December 10, 2019, whether Plaintiffs would agree to dismiss any of their claims as a result of the deficiencies identified in Instacart's Motion. Instacart also asked whether Plaintiffs intended to amend their Complaint. Plaintiffs did not indicate any intention to amend their Complaint or dismiss claims.

//

//

//

//

Respectfully submitted,

MAPLEBEAR INC. d/b/a INSTACART

Dated: December 16, 2019

By: */s/ Jennifer J. Froehlich*
One of Its Attorneys

Benjamin Berkowitz (*pro hac vice*)
Ryan K. Wong (*pro hac vice*)
Julia L. Allen (*pro hac vice*)
Donna Zamora-Stevens (*pro hac vice*)
Melissa L. Cornell (*pro hac vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
bberkowitz@keker.com
rwong@keker.com
jallen@keker.com
dzamora-stevens@keker.com
mcornell@keker.com

Robert W. Vyverberg
Jennifer J. Froehlich
HOLLAND & KNIGHT LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606
Telephone: 312 263 3600
Facsimile: 312 578 6666
robert.vyverberg@hklaw.com
jennifer.froehlich@hklaw.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on **December 16, 2019**, the foregoing **Defendant Instacart's Motion to Dismiss** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

*/s/ Jennifer J. Froehlich*