UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHERINE O'SHEA, BRIAN POSNER AND TOM BACON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MAPLEBEAR INC. d/b/a INSTACART AND "DOES" 1 through 100, Inclusive,<br><br>Defendants. | Case No. 1:19-cv-06994<br>Honorable John J. Tharp Jr. |

## JOINT WRITTEN STATUS REPORT

Defendant Maplebear Inc. d/b/a Instacart ("Instacart") and Plaintiffs Katherine O'Shea, Brian Posner, and Tom Bacon ("Plaintiffs") (collectively referred to as the "Parties") respectfully submit this Joint Written Status Report in response to the Court's Third Amended General Order (Doc. #52).

On December 16, 2019, Instacart filed a Motion to Compel Arbitration ("Motion") (Doc. # 30) of this matter. The Parties' briefing on the Motion is now complete. On May 13, 2020, at Plaintiffs' request, the Parties met and conferred and agreed to file a joint motion with the Court to request supplemental briefing related to Instacart's pending Motion. In January 2020 and February 2020, Plaintiffs agreed to new Independent Contractor Agreements with Instacart, and Plaintiffs' position is that after executing the new Independent Contractor Agreements they opted out of arbitration and those opt outs apply to some or all of the claims that are the subject of the pending Motion. Instacart disputes that position. To address this dispute, the parties will file a joint motion requesting supplemental briefing of no more than five (5) pages per side.

Pursuant to the Court's December 19, 2019 Order (Doc. # 39), all other proceedings, as well as discovery, are currently stayed pending resolution of Instacart's Motion.

1383893

Respectfully submitted,

DEFENDANT MAPLEBEAR INC. d/b/a
INSTACART

Dated: May 18, 2020

By: */s/ Jennifer J. Froehlich*
One of Its Attorneys

Benjamin Berkowitz (*pro hac vice*)
Ryan K. Wong (*pro hac vice*)
Julia L. Allen (*pro hac vice*)
Donna Zamora-Stevens (*pro hac vice*)
Melissa L. Cornell (*pro hac vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
bberkowitz@keker.com
rwong@keker.com
jallen@keker.com
dzamora-stevens@keker.com
mcornell@keker.com

Jennifer J. Froehlich
HOLLAND & KNIGHT LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606
Telephone: 312 263 3600
Facsimile: 312 578 6666
jennifer.froehlich@hklaw.com

Attorneys for Defendant
MAPLEBEAR INC. dba INSTACART

|  |  | PLAINTIFFS KATHERINE O'SHEA, BRIAN POSNER, and TOM BACON |
|---|---|---|
| Dated: May 18, 2020 | | |
| | By: | */s/ Shounak S. Dharap (with consent)* <br> One of Its Attorneys |

Robert S. Arns (*pro hac vice*)
Julie C. Erickson (*pro hac vice*)
Shounak S. Dharap (*pro hac vice*)
THE ARNS LAW FIRM
515 Folsom St., 3rd Fl.
San Francisco, CA 94105
Telephone: 415 495 7800
Facsimile: 415 495 7888
rsa@arnslaw.com
jce@arnslaw.com
ssd@arnslaw.com

John W. Billhorn
Samuel D. Engelson
BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 401
Chicago, IL 60604
Telephone: 312 853 1450
jbillhorn@billhornlaw.com
sengelson@billhornlaw.com

Attorneys for Plaintiffs