UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Katherine O'Shea, et al.
                       Plaintiff,

v.                                                    Case No.: 1:19–cv–06994
                                                         Honorable John J. Tharp Jr.

Maplebear, Inc., et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 21, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant Maplebear Inc.'s motion to compel arbitration [30] is granted. This matter is stayed pending arbitration. Plaintiffs are directed to notify the Court within 14 days of the issuance of any arbitration award or other action that terminates arbitration proceedings or otherwise concludes this matter. Enter Order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.